IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KELLY DRUMM,<br><br>       *Plaintiff,*<br><br>v.<br><br>KILOLO KIJAKAZI,[1] Acting Commissioner of Social Security,<br><br>       *Defendant.* | CIVIL ACTION<br>NO. 20-3309 |

**PAPPERT, J.**                                                                                            May 3, 2022

# ORDER

**AND NOW**, this 3rd day of May 2022, upon consideration of the social security administrative record (ECF 13), Magistrate Judge Elizabeth Hey's Report and Recommendation (ECF 21), Plaintiff Kelly Drumm's Objections to the R&R (ECF 22) and the Commissioner of Social Security's response (ECF 24), it is hereby **ORDERED** that:

1. Drumm's objections are **OVERRULED**;

2. Judge Hey's R&R is **APPROVED AND ADOPTED**;

3. Judgment is entered in favor of the Commissioner **AFFIRMING** her decision denying Drumm disability benefits; and

4. The Clerk of Court shall **CLOSE** this case.

---

[1]    Kilolo Kijakazi became the acting commissioner of social security on July 9, 2021. Pursuant to Federal Rule of Civil Procedure 25(d), she should be substituted for the former Commissioner, Andrew Saul, as the Defendant in this action.

BY THE COURT:


***/s/ Gerald J. Pappert***
GERALD J. PAPPERT, J.